

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT LACAMBRA,<br><br>    Plaintiff,<br><br>    v.<br><br>ORANGE COUNTY SHERIFF'S DEPT., et al.,<br><br>    Defendants. | Case No. SACV 10-0670-CAS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: August 9, 2010

_____
Christina A. Snyder
United States District Judge